**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| LUCIRA HEALTH, INC.,[1] | Case No. 23-10242 (MFW) |
| Debtor. | |

**NOTICE OF (I) FILING OF BANKRUPTCY PETITIONS AND
RELATED DOCUMENTS AND (II) AGENDA FOR HEARING ON
FIRST DAY PLEADINGS SCHEDULED FOR FEBRUARY 24, 2023 AT 10:30. A.M. (ET),
BEFORE THE HONORABLE MARY F. WALRATH AT THE UNITED
STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE[2]**

---

**THIS HEARING WILL BE CONDUCTED ENTIRELY BY ZOOM AND REQUIRES ALL PARTICIPANTS TO REGISTER IN ADVANCE. COURTCALL WILL NOT BE USED TO DIAL IN.**

**PLEASE USE THE FOLLOWING LINK TO REGISTER FOR THE HEARING:**
**https://debuscourts.zoomgov.com/meeting/register/vJItcOuurzkjH7SSphWy_WdO3ub7UdBj23Q**

**PLEASE REGISER NO LATER THAN FEBRUARY 24, 2023 AT 8:30 A.M. (ET)**

**ONCE REGISTERED, PARTIES WILL RECEIVE A CONFIRMATION EMAIL CONTAINING PERSONAL LOG-IN INFORMATION FOR THE HEARING.**

---

**PLEASE TAKE NOTICE** that, on February 22, 2023, the debtor in possession in the above-captioned case (the "**Debtor**") filed the following voluntary petitions (collectively, the "**Petition**") and related pleadings for relief under chapter 11 of title 11 of the United States Code, 11 U.S.C. §§ 101–1532 (the "**Bankruptcy Code**") with the Clerk of the United States Bankruptcy Court for the District of Delaware. The Debtor continues to operate their business as debtor in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code.

---

[1] The Debtor and the last four digits of its federal taxpayer identification number are: Lucira Health, Inc. (1037). The Debtor's mailing address is 1315 63rd St., Emeryville, CA 94608.

[2] All motions and other pleadings referenced herein are available free of charge by visiting the Debtor's case website at www.donlinrecano.com/lucira or by request to Debtor's proposed counsel (Jorge Martinez, paralegal, at jmartinez@ycst.com).

30106893.1

**PETITION AND RELATED PLEADINGS:**

1. **Voluntary Petition**
   A.   Lucira Health, Inc. [Case No. 23-10242]

2. Declaration of Richard Narido in Support of the Chapter 11 Petition and First Day Motions [D.I. 3; 2/23/23]

   **PLEASE TAKE FURTHER NOTICE** that, a hearing with respect to the following first day pleadings (collectively, the "**First Day Pleadings**"), to the extent set forth below, is scheduled for **February 24, 2023 at 10:30 a.m. (ET)** (the "**First Day Hearing**") before The Honorable Mary F. Walrath, United States Bankruptcy Judge for the District of Delaware.

**FIRST DAY PLEADINGS GOING FORWARD:**

3. Debtor's Application for Entry of an Order (I) Authorizing the Appointment of Donlin, Recano & Company, Inc. as Claims and Noticing Agent in the Chapter 11 Case; and (II) Granting Related Relief [D.I. 4; 2/23/23]

   Status:   This matter will be going forward.

4. Debtor's Motion for Interim and Final Orders (I) Prohibiting Utility Companies from Discontinuing, Altering, or Refusing Service, (II) Deeming Utility Companies to have Adequate Assurance of Future Payment, (III) Establishing Procedures for Resolving Requests for Additional Assurance, and (IV) Granting Related Relief [D.I. 5; 2/22/23]

   Status:   This matter will be going forward on an interim basis.

5. Debtor's Motion for Entry of an Order (I) Authorizing the Redaction of Certain Personal Identification Information; and (II) Granting Related Relief [D.I. 6; 2/22/23]

   Status:   This matter will be going forward.

6. Debtor's Motion for Entry of Interim and Final Orders (I) Authorizing Continued Use of Cash Management System; (II) Authorizing Use of Prepetition Bank Accounts, Credit Card, and Certain Payment Methods; (III) Waiving the Requirements of 11 U.S.C. § 345(B) on an Interim Basis; and (IV) Granting Related Relief [D.I. 7; 2/22/23]

   Status:   This matter will be going forward on an interim basis.

7. Debtor's Motion for Interim and Final Orders (I) Authorizing Payment of Claims for Goods Ordered Prepetition and Delivered Postpetition, (II) Authorizing Payment of Certain Prepetition Shipping, Warehouse, Delivery, and Customs Charges, and (III) Authorizing Bank to Honor All Related Checks and Electronic Payment Requests [D.I. 8; 2/22/23]

   Status:   This matter will be going forward on an interim basis.

8. Debtor's Motion for Entry of Interim and Final Orders (I) Authorizing Payment of Certain Prepetition Taxes and Fees and (II) Authorizing Bank to Honor all Related Checks and Electronic Payment Requests [D.I. 9; 2/22/23]

    Status: This matter will be going forward on an interim basis.

9. Debtor's Motion for Entry of Interim and Final Orders (I) Authorizing the Debtor to (A) Continue Prepetition Insurance Policies and (B) Pay All Prepetition Obligations in Respect Thereof and (II) Authorizing Bank to Honor Related Checks and Electronic Payment Requests [D.I. 10; 2/22/23]

    Status: This matter will be going forward an interim basis.

10. Debtor's Motion for Entry of Interim and Final Orders (I) Authorizing the Debtor to Pay and Honor Certain (A) Prepetition Wages, Benefits, and Other Compensation Obligations; (B) Prepetition Employee Business Expenses; and (C) Workers' Compensation Obligations; (II) Authorizing Bank to Honor and Process Checks and Transfers Related to Such Obligations; and (III) Granting Related Relief [D.I. 11; 2/22/23]

    Status: This matter will be going forward on an interim basis.

11. Debtor's Motion for Entry of an Interim and Final Orders (I) Authorizing the Debtor to Pay Certain Prepetition Claims of Critical Vendors and Service Providers; (II) Authorizing the Debtor to Honor and Continue Warranty Program and Obligations in the Ordinary Course of Business; (III) Authorizing the Bank to Honor and Process Check and Electronic Transfer Requests Related Thereto; and (IV) Granting Related Relief [D.I. 12; 2/22/23]

    Status: This matter will be going forward on an interim basis.

12. Debtor's Motion for Interim and Final Orders, Pursuant to Sections 105(a), 362(a)(3) and 541 of the Bankruptcy Code and Bankruptcy Rule 3001, Establishing Notice and Hearing Procedures for Trading in, or Certain Claims of Worthlessness with Respect to, Equity Securities in Lucira Health, Inc. [D.I. 13, 2/22/2023]

    Status: This matter will be going forward on an interim basis

**PLEASE TAKE FURTHER NOTICE** that parties who wish to participate in the First Day Hearing may do so by joining through Zoom at https://debuscourts.zoomgov.com/meeting/register/vJItcOuurzkjH7SSphWy_WdO3ub7UdBj23Q.

**PLEASE TAKE FURTHER NOTICE** that objections, if any, to the First Day Pleadings may be made at the First Day Hearing.

30106893.1

| | |
|---|---|
| Dated: Wilmington, Delaware<br>February 23, 2023 | YOUNG CONAWAY STARGATT & TAYLOR, LLP<br><br>*/s/ Ashley E. Jacobs*<br>Sean M. Beach (No. 4070)<br>Ashley E. Jacobs (No. 5635)<br>Joshua B. Brooks (No. 6765)<br>Timothy R. Powell (No. 6894)<br>Rodney Square<br>1000 N. King Street<br>Wilmington, Delaware 19801<br>Telephone: (302) 571-6600<br>Emails: sbeach@ycst.com<br>         ajacobs@ycst.com<br>         jbrooks@ycst.com<br>         tpowell@ycst.com<br><br>and<br><br>COOLEY LLP<br><br>Robert Eisenbach (*pro hac vice* pending)<br>3 Embarcadero Center<br>20th Floor<br>San Francisco, CA 94111-4004<br>Telephone: (415) 693-2000<br>Email: reisenbach@cooley.com<br><br>Cullen Drescher Speckhart (*pro hac vice* pending)<br>Olya Antle (*pro hac vice* pending)<br>1299 Pennsylvania Avenue, NW<br>Suite 700<br>Washington, DC 20004-2400<br>Telephone: (202) 842-7800<br>Email: cspeckhart@cooley.com<br>        oantle@cooley.com<br><br>*Proposed Counsel for the Debtor and Debtor in Possession* |