# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>LUCIRA HEALTH, INC.,[1]<br><br>                    Debtor. | Chapter 11<br><br>Case No. 23-10242 (MFW)<br><br>Hearing Date: March 23, 2023 at 2:00 p.m. (ET)<br>Objection Deadline: March 16, 2023 at 4:00 p.m. (ET)<br><br>Ref. Docket No. 14 |

## NOTICE OF MOTION

TO: (I) THE OFFICE OF THE UNITED STATES TRUSTEE FOR THE DISTRICT OF DELAWARE; (II) HOLDERS OF THE THIRTY (30) LARGEST UNSECURED CLAIMS AGAINST THE DEBTOR; (III) THE OFFICE OF THE UNITED STATES ATTORNEY GENERAL FOR THE DISTRICT OF DELAWARE; (IV) THE INTERNAL REVENUE SERVICE; (V) THE SECURITIES AND EXCHANGE COMMISSION; (VI) THE COUNTERPARTIES UNDER THE REJECTED LEASES AND THEIR COUNSEL, IF KNOWN; AND (VII) ANY PARTY THAT HAS REQUESTED NOTICE PURSUANT TO BANKRUPTCY RULE 2002

      **PLEASE TAKE NOTICE** that, on February 22, 2023, the above-captioned debtor and debtor in possession (the "Debtor"), filed the *Debtor's First Omnibus Motion for Entry of an Order Authorizing (I) Rejection of Unexpired Leases of Non-Residential Real Property, and (II) Abandonment of Any Remaining Property Located at the Leased Premises* [Docket No. 14] (the "Motion") with the United States Bankruptcy Court for the District of Delaware (the "Court").[2] **You were previously served a copy of this Motion**.

      **PLEASE TAKE FURTHER NOTICE** that any responses or objections to the Motion must be filed on or before **March 16, 2023 at 4:00 p.m. (ET)** (the "Objection Deadline") with the United States Bankruptcy Court for the District of Delaware, 824 N. Market Street, 3rd Floor, Wilmington, Delaware 19801. At the same time, you must serve a copy of the objection or response upon the undersigned proposed counsel to the Debtor so as to be received on or before the Objection Deadline.

      **PLEASE TAKE FURTHER NOTICE** THAT A HEARING TO CONSIDER APPROVAL OF THE MOTION IS SCHEDULED FOR **MARCH 23, 2023 AT 2:00 P.M. (ET)** BEFORE THE HONORABLE MARY F. WALRATH, IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, 824 N. MARKET STREET, 5TH FLOOR, COURTROOM NO. 4, WILMINGTON, DELAWARE 19801.

---

[1] The Debtor and the last four digits of its federal taxpayer identification number are: Lucira Health, Inc. (1037). The Debtor's mailing address is 1315 63rd St., Emeryville, CA 94608.

[2] Capitalized terms used but not otherwise defined herein shall the meanings ascribed to such terms in the Motion.

30147166.1

**PLEASE TAKE FURTHER NOTICE** THAT IF NO OBJECTIONS OR RESPONSES TO THE MOTION ARE TIMELY FILED, SERVED, AND RECEIVED IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN CONNECTION WITH SUCH MOTION WITHOUT FURTHER NOTICE OR HEARING.

| | |
|---|---|
| Dated: Wilmington, Delaware<br>February 24, 2023 | YOUNG CONAWAY STARGATT & TAYLOR, LLP<br><br>/s/ *Ashley E. Jacobs*<br>Sean M. Beach (No. 4070)<br>Ashley E. Jacobs (No. 5635)<br>Joshua B. Brooks (No. 6765)<br>Timothy R. Powell (No. 6894)<br>Rodney Square<br>1000 N. King Street<br>Wilmington, Delaware 19801<br>Telephone: (302) 571-6600<br>Emails: sbeach@ycst.com<br>       ajacobs@ycst.com<br>       jbrooks@ycst.com<br>       tpowell@ycst.com<br><br>and<br><br>COOLEY LLP<br>Robert Eisenbach (admitted *pro hac vice*)<br>3 Embarcadero Center<br>20th Floor<br>San Francisco, CA 94111-4004<br>Telephone: (415) 693-2000<br>Email: reisenbach@cooley.com<br><br>Cullen Drescher Speckhart (admitted *pro hac vice*)<br>Olya Antle (admitted *pro hac vice*)<br>1299 Pennsylvania Avenue, NW<br>Suite 700<br>Washington, DC 20004-2400<br>Telephone: (202) 842-7800<br>Email: cspeckhart@cooley.com<br>       oantle@cooley.com<br><br>*Proposed Counsel for the Debtor and Debtor in Possession* |

30147166.1