IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| LUCIRA HEALTH, INC.,[1] | Case No. 23-10242 (MFW) |
| Debtor. | Ref. Docket No. 6 |

**ORDER (I) AUTHORIZING THE REDACTION OF CERTAIN PERSONAL IDENTIFICATION INFORMATION; AND (II) GRANTING RELATED RELIEF**

Upon consideration of the motion (the "Motion")[2] of the Debtor for entry of an order (this "Order") (i) authorizing the Debtor to redact certain personal identification information; and (ii) granting related relief, all as more fully set forth in the Motion; and this Court having reviewed the Motion and the First Day Declaration; and this Court having jurisdiction to consider the Motion and the relief requested therein in accordance with 28 U.S.C. §§ 157 and 1334 and the *Amended Standing Order of Reference* from the United States District Court for the District of Delaware, dated as of February 29, 2012; and this Court having determined that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and this Court having determined that venue of the Chapter 11 Case and the Motion is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and it appearing that the relief requested in the Motion and provided for herein is in the best interest of the Debtor, its estate, and its creditors; and after due deliberation and sufficient cause appearing therefor,

**IT IS HEREBY ORDERED THAT:**

1. The Motion is GRANTED, as set forth herein.

---

[1] The Debtor and the last four digits of its federal taxpayer identification number are: Lucira Health, Inc. (1037). The Debtor's mailing address is 1315 63rd St., Emeryville, CA 94608.

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to such terms in the Motion.

30126980.3

2. Pursuant to section 107(c)(1)(A) of the Bankruptcy Code, the Debtor is authorized, but not directed, to redact personal identification information from the creditor matrix, list of equity holders, statements and schedules, and any other paper filed or to be filed with the Court in the Chapter 11 Case, and to provide an unredacted version of the creditor matrix (or any other redacted papers filed in the Chapter 11 Case) to the U.S. Trustee, counsel to any official committee of unsecured creditors appointed in the Chapter 11 Case, the Court, and such other persons as the Debtor deems appropriate or as the Court may later order.

3. Nothing in this Order shall waive or otherwise limit the service of any document upon or the provision of any notice to any individual solely because such individual's personally identifiable information is sealed or redacted pursuant to this Order. Service of all documents and notices upon individuals whose personally identifiable information is sealed or redacted pursuant to this Order shall be confirmed in the corresponding certificate of service. The Debtor shall provide the personally identifiable information to any party in interest that files a motion that indicates the reason such information is needed and that, after notice and a hearing, is granted by this Court.

4. Notwithstanding any Bankruptcy Rule to the contrary, the terms and conditions of this Order are immediately effective and enforceable upon its entry.

5. The Debtor is hereby authorized to take such actions and to execute such documents as may be necessary to implement the relief granted by this Order.

6. This Court shall retain exclusive jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

Dated: February 24th, 2023  
Wilmington, Delaware

MARY F. WALRATH  
UNITED STATES BANKRUPTCY JUDGE