IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>LUCIRA HEALTH, INC.,[1]<br><br>　　　　　　　　　Debtor. | Chapter 11<br><br>Case No. 23-10242<br><br>**Re: Docket Nos. 182, 245, 246** |

### DECLARATION OF BENJAMIN MINTZ IN
### SUPPORT OF THE SALE OF THE DEBTOR'S ASSETS TO PFIZER INC.

I, Benjamin Mintz, hereby declare under penalty of perjury:

1.　　I am a partner in the law firm of Arnold & Porter Kaye Scholer LLP ("Arnold & Porter"), with my office located at 250 West 55th Street, New York, New York 10019. Arnold & Porter is counsel to the proposed buyer, Pfizer Inc., pursuant to that certain Asset Purchase Agreement by and between the Debtor and Pfizer Inc., dated as of April 12, 2023 (as may be amended or modified from time to time in accordance with the terms thereof, together with the exhibits and schedules thereto, the "Purchase Agreement") [a copy of the Purchased Agreement was filed by the Debtor at ECF 245].

2.　　I am duly authorized to submit this declaration (this "Declaration") on behalf of Pfizer Inc. and in support of the sale of substantially all of the Debtor's assets to Pfizer Inc. in accordance with and under the terms of the Purchase Agreement and the proposed order approving the sale [a copy of the proposed order was filed by the Debtor at ECF 246].

---

[1]　　The Debtor and the last four digits of its federal taxpayer identification number are: Lucira Health, Inc. (1037). The Debtor's mailing address is 1315 63rd St., Emeryville, CA 94608.

{00035088. }

3. A true and correct copy of Pfizer Inc.'s Form 10-K for fiscal year ended December 31, 2022 is available on the website of Pfizer Inc. at https://s28.q4cdn.com/781576035/files/doc_financials/2022/ar/PFE-2022-Form-10K-FINAL-(without-Exhibits).pdf. A copy of the Form 10-K is also attached hereto as Exhibit A (without exhibits).

Pursuant to 28 U.S.C. § 1746, I declare under the penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief.

Dated: April 14, 2023
New York, New York

/s/ Benjamin Mintz
Benjamin Mintz
Partner
Arnold & Porter Kaye Scholer LLP

{00035088. }