# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>LUCIRA HEALTH, INC.,[1]<br><br>                  Debtor. | Chapter 11<br><br>Case No. 23-10242 (MFW)<br><br>**Ref. Docket No. 16, 182 & 286** |

## NOTICE OF OCCURRENCE OF SALE CLOSING DATE

**PLEASE TAKE NOTICE** that, on April 19, 2023, the United States Bankruptcy Court for the District of Delaware entered the *Order (A) Authorizing and Approving the Debtor's Entry Into the Purchase Agreement, (B) Approving the Backup Bidder and Approving and Authorizing the Next-Highest Bid, (C) Authorizing the Sale of the Assets of the Debtor Free and Clear of All Liens, Claims, Encumbrances and Interests, (D) Approving the Assumption and Assignment of the Assigned Contracts, and (E) Granting Related Relief* [Docket No. 286] (the "Sale Order"),[2] thereby authorizing and approving that certain Asset Purchase Agreement dated as of April 12, 2023 (as amended, the "APA") between the Debtor and Pfizer Inc.

**PLEASE TAKE FURTHER NOTICE** that the Closing Date under the APA occurred on April 20, 2023.

**PLEASE TAKE FURTHER NOTICE** that copies of the Sale Order and the APA are available free of charge on the Debtor's case information website, located at https://www.donlinrecano.com/Clients/lh/Index, or can be requested by calling the Debtor's claims and noticing agent, Donlin, Recano & Company, Inc., at 1 (877) 534-8310 (toll free). In addition, a copy of the Sale Order is available for inspection during business hours at the Office of the Clerk of the Court, located at 824 N. Market Street, 3rd Floor, Wilmington, DE 19801, and may be viewed for a fee on the internet at the Court's website (https://pacer.uscourts.gov) by following the directions for accessing the ECF system on such site.

---

[1] The Debtor and the last four digits of its federal taxpayer identification number are: Lucira Health, Inc. (1037). The Debtor's mailing address is 1315 63rd St., Emeryville, CA 94608.

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to such terms in the Sale Order or APA, as applicable.

30307270.1

Dated: Wilmington, Delaware
April 21, 2023

YOUNG CONAWAY STARGATT & TAYLOR, LLP

*/s/ Timothy R. Powell*
Sean M. Beach (No. 4070)
Ashley E. Jacobs (No. 5635)
Joshua B. Brooks (No. 6765)
Timothy R. Powell (No. 6894)
Rodney Square
1000 N. King Street
Wilmington, Delaware 19801
Telephone: (302) 571-6600
Emails: sbeach@ycst.com
    ajacobs@ycst.com
    jbrooks@ycst.com
    tpowell@ycst.com

and

COOLEY LLP
Robert L. Eisenbach III (admitted *pro hac vice*)
3 Embarcadero Center
20th Floor
San Francisco, CA 94111-4004
Telephone: (415) 693-2000
Email: reisenbach@cooley.com

Cullen D. Speckhart (admitted *pro hac vice*)
Olya Antle (admitted *pro hac vice*)
1299 Pennsylvania Avenue, NW
Suite 700
Washington, DC 20004-2400
Telephone: (202) 842-7800
Email: cspeckhart@cooley.com
    oantle@cooley.com

*Counsel for the Debtor and Debtor in Possession*