**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| LUCIRA HEALTH, INC.,[1] | Case No. 23-10242 (MFW) |
| Debtor. | Ref. Docket No. 652 |

**NOTICE OF (I) ENTRY OF CONFIRMATION ORDER,
(II) OCCURRENCE OF EFFECTIVE DATE, AND (III) RELATED BAR DATES**

**PLEASE TAKE NOTICE THAT:**

**Confirmation of Plan**. On September 19, 2023, the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court") entered its *Findings of Fact, Conclusions of Law, and Order Approving the Disclosure Statement on a Final Basis and Confirming the Chapter 11 Plan of Liquidation for Lucira Health, Inc.* [D.I. 652] (the "Confirmation Order"). Unless otherwise defined herein, capitalized terms used in this Notice shall have the meanings ascribed to such terms in the *Amended Chapter 11 Plan of Liquidation for Lucira Health, Inc.* [D.I. 628] (the "Plan"). Copies of the Confirmation Order and the Plan may be obtained by accessing https://www.donlinrecano.com/Clients/lh/Index.

**Effective Date**. Each of the conditions precedent to the occurrence of the Effective Date enumerated in Article VIII.A of the Plan have been satisfied and/or waived as provided in Article VIII.A of the Plan, and the Effective Date of the Plan occurred on **October 4, 2023**.

**Release, Exculpation, and Injunction**. Pursuant to the Confirmation Order, the release, injunction, and exculpation provisions in Article IX of the Plan are now in full force and effect.

**Bar Date for Administrative Expense Claims**. In accordance with Article II, Section A of the Plan, unless required to be filed by an earlier date by another order of this Court, any Holder of an Administrative Claim, other than a Professional Fee Claim or a claim for U.S. Trustee fees, must file with this Court and serve on (a) the Debtor or the Liquidating Trustee (as applicable) and its counsel, (b) the U.S. Trustee, and (c) all parties requesting notice pursuant to Bankruptcy Rule 2002, a request for payment of such Administrative Claim so as to be received by **5:00 p.m. (ET) on November 3, 2023** (the "Administrative Claims Bar Date"). Such request must include at a minimum: (i) the name of the Holder of the Administrative Claim; (ii) the amount of the Administrative Claim; (iii) the basis of the Administrative Claim; and (iv) all supporting documentation for the Administrative Claim. Any Administrative Claim that is not timely filed as set forth above will be forever barred, and holders of such Administrative Claims will not be able to assert such Claims in any manner against the Liquidating Trustee, the Debtor, the Estate, the Liquidating Trust, or any of their respective successors or assigns or their respective property.

**Bar Date for Professional Fee Claims**. In accordance with the Article II, Section B of the Plan, all requests for payment of Professional Fee Claims by Retained Professionals (other than OCPs) for services rendered and reimbursement of expenses incurred from the Petition Date through and including the Effective Date must be filed no later than **5:00 p.m. (ET) on November 20, 2023** (the "Professional

---

[1] The Debtor and the last four digits of its federal taxpayer identification number are: Lucira Health, Inc. (1037). The Debtor's mailing address is 460 Center Street #6397, Moraga, CA 94570.

Fee Claims Bar Date"). Objections to any applications of Retained Professionals must be filed by no later than fourteen (14) days after service of the applicable final application for allowance and payment of Professional Fee Claims.

**Bar Date for Rejection Damages**. As provided in Article V.B of the Plan, unless otherwise provided by a Bankruptcy Court order, any Proofs of Claim asserting damages arising from the rejection of an Executory Contract or Unexpired Lease pursuant to the Plan and Confirmation Order shall be forever barred and shall not be enforceable against the Debtor, the Estate, the Liquidating Trustee, the Liquidating Trust, or any of their respective assets and properties unless a Proof of Claim is Filed with the Notice and Claims Agent and served upon counsel to the Liquidating Trustee no later than **November 3, 2023**; *provided*, that the foregoing deadline shall apply only to Executory Contracts and Unexpired Leases that are rejected automatically by operation of Article V of the Plan.

[*Remainder of page intentionally left blank*]

| | |
|---|---|
| Dated: October 4, 2023<br>Wilmington, Delaware | YOUNG CONAWAY STARGATT & TAYLOR, LLP<br><br>*/s/ Ashley E. Jacobs*<br>Sean M. Beach (No. 4070)<br>Ashley E. Jacobs (No. 5635)<br>Timothy R. Powell (No. 6894)<br>Emily C.S. Jones (No. 7071)<br>Rodney Square<br>1000 N. King Street<br>Wilmington, Delaware 19801<br>Telephone: (302) 571-6600<br>Emails: sbeach@ycst.com<br>　　　　ajacobs@ycst.com<br>　　　　tpowell@ycst.com<br>　　　　ejones@ycst.com<br><br>and<br><br>COOLEY LLP<br>Robert L. Eisenbach III (admitted *pro hac vice*)<br>3 Embarcadero Center<br>20th Floor<br>San Francisco, CA 94111-4004<br>Telephone: (415) 693-2000<br>Email: reisenbach@cooley.com<br><br>Cullen Drescher Speckhart (admitted *pro hac vice*)<br>Olya Antle (admitted *pro hac vice*)<br>1299 Pennsylvania Avenue, NW<br>Suite 700<br>Washington, DC 20004-2400<br>Telephone: (202) 842-7800<br>Email: cspeckhart@cooley.com<br>　　　　oantle@cooley.com<br><br>*Counsel for the Debtor and Debtor in Possession* |